[relates to Docket Item 15]

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANE B. STREATER,<br><br>                   Plaintiff,<br><br>        v.<br><br>CITY OF CAMDEN FIRE<br>DEPARTMENT,<br><br>                   Defendant. | HON. JEROME B. SIMANDLE<br><br>Civil Action No. 05-2678<br><br><br>**ORDER** |

This matter having come before the Court on Defendant's motion for summary judgment [Docket Item 15]; the Court having considered the submissions of the parties in support thereof and opposition thereto; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this _____**17th**_____ day of **March, 2008** hereby

ORDERED that the motion for summary judgment shall be and hereby is **DENIED**; and

IT IS FURTHER ORDERED that Count Two shall be and hereby is **DISMISSED**, having been withdrawn.

  **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
United States District Judge